CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

> 450 Golden Gate Avenue, Box 36055
> San Francisco, California 94102-3495
> Telephone: (415) 436-7177
> Facsimile: (415) 436-6748
> molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NOJIN ABI,<br><br>          Plaintiff,<br><br>    v.<br><br>TODD BLANCHE, in his official capacity as the Attorney General of the United States, *et al*.,<br><br>          Defendants. | Case No. 3:26-cv-03724-TSH<br><br>**STIPULATION TO STAY PROCEEDINGS; ORDER** |

The parties, through their attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until October 5, 2026. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

Plaintiff filed this mandamus action seeking adjudication of his Form I-485, Application to Register Permanent Residence or Adjust Status. United States Citizenship and Immigration Services (USCIS) has scheduled Plaintiff for an interview on July 28, 2026.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until October 5, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if

Stipulation to Stay
Case No. 3:26-cv-03724-TSH                                    1

appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: July 6, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

/s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: July 6, 2026

/s/ Utku Galip Akcok
UTKU GALIP AKCOK
Akcok Law Office, a Professional Corporation
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. The case is stayed until October 5, 2026.

Date: July 6, 2026

HON. THOMAS S. HIXSON
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.